IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Avenue, N.W.<br>Suite 650<br>Washington, D.C. 20009<br><br>                Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br>The Pentagon<br>Washington, D.C. 20301<br><br>                Defendant. | Civil Action No. 07-0216 (EGS) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Room E4408
Washington, D.C. 20530
(202) 353-9895